# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANTHONY WALTER SMITH ) | Case No: 91-cr-00188-EWN-04 |
| ) | USM No: 97346-012 |
| Date of Previous Judgment: February 19, 1993 ) | Paula M. Ray, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

　　X  DENIED.  ❒  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 43 | Amended Offense Level: | 43 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | ___ to Life months | Amended Guideline Range: | ___ to Life months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  February 19, 1993  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:　July 24, 2008　　　　　　　　　　　　　　s/ Edward W. Nottingham
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge's signature

Effective Date: _____　　　　　　Edward W. Nottingham, Chief U.S. District Judge
　　(if different from order date)　　　　　　　　　　Printed name and title